UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABDELRAHMAN F. BADER,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>NAVIENT SOLUTIONS, LLC,  )<br>)<br>Defendant.  )<br>)| Case No. 1:18-cv-01367<br><br>Hon. Sharon Johnson Coleman |

### DEFENDANT NAVIENT SOLUTIONS, LLC'S
### MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. 12(c), Defendant Navient Solutions, LLC ("Defendant" or "NSL"), by and through its attorneys, Foley & Lardner LLP, respectfully moves this Court for judgment on the pleadings as to Plaintiff Abdelrahman F. Bader's ("Plaintiff" or "Bader") Complaint. For the reasons set forth in the accompanying Brief, Bader has failed to allege sufficient facts to support any of the claims in his Complaint and, therefore, Bader's Complaint must be dismissed, with prejudice.

Dated: October 8, 2018

                                                                                                                            Respectfully submitted,

                                                                                                                            ATTORNEYS FOR DEFENDANT

                                                                                                                            By:  /s/ Ryan J. Lowry
                                                                                                                                 One of Their Attorneys

Robert H. Griffith
Ryan J. Lowry
FOLEY & LARDNER LLP
Firm No. 17190
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Tel: 312.832.4500
Fax: 312.832.4700
rgriffith@foley.com
rlowry@foley.com